| | |
|---|---|
| 1 | Law Offices of Hadley & Fraulob |
| | P. O. Box 2487 |
| 2 | 230 Fifth Street |
| | Marysville, CA 95901 |
| 3 | (530) 743-4458 |
| | FAX (530) 743-5008 |
| 4 | |
| | JOSEPH C. FRAULOB- SBN #194355 |
| 5 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JOHNSON, | CIV. NO. 2:10-CV-00997-WBS-EFB |
| Plaintiff, | |
| v. | REQUEST FOR CONTINUANCE OF HEARING ON MOTION TO TRANSFER VENUE FOR CONVENIENCE; |
| WAL-MART STORES, INC. A Delaware Corporation, | STIPULATION OF PARTIES; AND ~~PROPOSED~~ ORDER |
| Defendant | |

PLAINTIFF HEREBY REQUESTS, pursuant to Eastern District of California Local Rule 230(f), that the Court grant a seven (7) day continuance of the hearing on Defendant's Motion to Transfer Venue For Convenience scheduled in this matter for June 21, 2010 at 2:00 p.m., in Courtroom 5 of this Court.

IT IS HEREBY STIPULATED between the undersigned attorneys that the aforementioned hearing currently scheduled for June 21, 2010 shall be continued for a period of seven (7) days until June 28, 2010, at 2:00 p.m., in Courtroom 5, or as soon thereafter as the matter may be heard in the courtroom of Judge William B. Shubb.

Dated: June 10, 2010 /s/ Joseph C. Fraulob
Joseph Fraulob
Attorney for Plaintiff

Dated: June 10, 2010 /s/ *David A. Melton*
*As authorized via telephone on 06/10/10*
David A. Melton
Attorney for Defendant

1  ORDER

2  PURSUANT TO STIPULATION OF THE PARTIES, IT IS ORDERED that the hearing on

3  Defendant's Motion to Transfer Venue For Convenience currently scheduled for June 21, 2010

4  shall be continued to **July 19, 2010 at 2:00 p.m.**, in Courtroom 5 of the United States District

5  Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814.

Dated:   June 15, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE